CHERI L. BILODEAU *v.* CITY OF BRISTOL

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 447 (AC 13154), is denied.

*Nicole D. Dorman,* in support of the petition.

*Kathryn Calibey,* in opposition.

Decided September 13, 1995

CHERI L. BILODEAU *v.* CITY OF BRISTOL

The plaintiff's petition for certification for appeal from the Appellate Court, 38 Conn. App. 447 (AC 13154), is denied.

*Kathryn Calibey,* in support of the petition.

Decided September 13, 1995

CELESTINO CABASQUINI *v.* COMMISSIONER OF SOCIAL SERVICES

The plaintiff's petition for certification for appeal from the Appellate Court, 38 Conn. App. 522 (AC 13730), is denied.

*Joanne Gibau,* in support of the petition.

*Jennifer C. Jaff,* assistant attorney general, in opposition.

Decided September 13, 1995

STATE OF CONNECTICUT *v.* CHARLES COLEMAN

The state of Connecticut's petition for certification for appeal from the Appellate Court, 38 Conn. App. 531 (AC 12812), is denied.